AO 450 (Rev. 5/85)   Judgment in a Civil Case

**F I L E D**

# United States District Court

DISTRICT OF _____ **KANSAS**

MAR 1 0 199...

**RALPH L. DeLOACH, Clerk**

/By/ _____ Deputy

MARK BRANDON BOSLEY,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CITY OF KANSAS CITY, KANSAS

Defendant.

CASE NUMBER:   **90-2409-B**

☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED    pursuant to the Memorandum and Order, filed February 5, 1992 and entered on the docket February 6, 1992, that the 1983 claim against defendant City of Kansas City, Kansas  and the state law claims against said defendant are dismissed.

ENTERED ON THE DOCKET DATE: 3/10/92

3/10/92

Date

RALPH L. DeLOACH

Clerk

(By) Deputy Clerk

78